# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| **DANIELLE WOHLSTADTER,** Plaintiff, v. **STEALTH ENTRY, LLC,** Defendant. | Case No. 3:20-CV-00223 Judge Walter Herbert Rice **ORDER GRANTING ULMER & BERNE LLP'S MOTION TO WITHDRAW AS COUNSEL** |

The Court, having reviewed Ulmer & Berne LLP's motion and related filings, **ORDERS** as follows:

1. Ulmer & Berne LLP's motion is **GRANTED**.

2. Stephanie E. Harley, Adam R. Bennett, and the law firm of Ulmer & Berne LLP are permitted to withdraw as counsel of record for Defendant Stealth Entry, LLC and are relieved of any and all further duties and responsibilities for Defendant Stealth Entry, LLC in this case.

3. All further pleadings, motions, notices, correspondence, and other documents shall be served directly on Defendant Stealth Entry, LLC, whose contact information is as follows:

    Stealth Entry
    c/o Israel Arroyo, Jr.
    171 Charring Cross Drive S
    Westerville, Ohio 43081

4. Defendant Stealth Entry shall have until _August 6, 2021,_ to retain substitute counsel; otherwise, Defendant Stealth Entry shall be deemed to be proceeding in a pro-se capacity. Pending the filing of a notice of appearance by new counsel, opposing counsel will be entitled to communicate directly with Defendant Stealth Entry to coordinate the scheduling of

any necessary hearings or conferences. No hearing or conference, however, shall be scheduled to occur before _____.

**IT IS SO ORDERED.**

_____
Hon. Walter Herbert Rice
United States District Judge